UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-60558-Civ-Cooke/Bandstra

JOEL D. LUCOFF and
MORTON LUCOFF,

    Plaintiffs,

v.

RUBIN & DEBSKI, P.A.,

    Defendant.
_____/

## **NOTICE OF SETTLEMENT**

Plaintiffs, JOEL D. LUCOFF and MORTON LUCOFF, give notice that the parties have reached a settlement and Plaintiffs expect the parties will conclude the settlement process shortly and that the parties will file a joint dismissal within 10 days.

        Respectfully submitted,

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Fort Lauderdale, Florida 33339
        Telephone: (954) 537-2000
        Facsimile: (954) 566-2235
        donyarbrough@mindspring.com

        s/Donald A. Yarbrough
        Donald A. Yarbrough, Esq.
        Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-60558-Civ-Cooke/Bandstra

JOEL D. LUCOFF and
MORTON LUCOFF,

    Plaintiffs,

v.

RUBIN & DEBSKI, P.A.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 15, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Donald A. Yarbrough
                                              Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Michelle T. Bell, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
Suite 500
1 East Broward Boulevard
Ft. Lauderdale, FL 33301
Telephone: 954-847-4931
Facsimile: 954-627-6640

Via Notices of Electronic Filing generated by CM/ECF