UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-60558-CIV COOKE/BANDSTRA

JOEL D. LUCOFF and
MORTON LUCOFF,

    *Plaintiff*s,

v.

RUBIN & DEBSKI, P.A.,

    *Defendant*.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before me on the Parties' Joint Stipulation for Dismissal [D.E. 31]. The parties have informed me that all claims and causes of action between or among the parties have been amicably resolved. Having reviewed the record, and being otherwise fully advised in the premises, I hereby

**ORDER and ADJUDGE** that the claims of Morton Lucoff are **DISMISSED with prejudice**, and the claims of Joel D. Lucoff are **DISMISSED without prejudice**, with each party to bear their own costs and fees except as otherwise agreed by the parties. Any pending motions are denied as moot. The Clerk shall **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, in Miami, Florida on this 30th day of October 2009.

*[signature]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Hon. Ted E. Bandstra*

*Counsel of Record*